IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CIVIL ACTION NO. 22-CV-5258** |
| **TARANI ALIKE JOHNSON** | : | |

## ORDER

AND NOW, this 6th day of February, 2023, upon consideration of Plaintiff Tarani Alike Johnson's Motion to Proceed *In Forma Pauperis* (ECF No. 16) and "Petition for the Decree of a Full Accounting of, and Equitable Right of Redemption to Wind up the Tarani Alike Johnson, Estate" (ECF No. 5), which the Court construes to be an Amended Complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**